```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A04-0268--CV (JWS)
                "LILLIAN J. OLEMAN V USA ET AL"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 11/03/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (360) Other personal injury

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/03/04 receipt # 00124440
          Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | OLEMAN, LILLIAN J. | Jody A. Reausaw<br>Law Office of Jody A. Reausaw<br>912 W. 6th Avenue<br>Anchorage, AK 99501<br>907-258-3435<br>FAX 907-258-3525 |
| DEF 1.1 | UNITED STATES OF AMERICA | Gary M. Guarino<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX     -    - |
| DEF 2.1 | U.S. AIR FORCE | Gary M. Guarino<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0268--CV (JWS)
                           "LILLIAN J. OLEMAN V USA ET AL"

                                  For all filing dates


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 11/03/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (360) Other personal injury

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 11/03/04 receipt # 00124440
           Trial by: Court


Document #   Filed      Docket text

    1 -  1   11/03/04   Complaint filed; Summons issued.

    2 -  1   11/03/04   PLF 1 Attorney Appearance of Jody Reausaw.

    3 -  1   11/05/04   PLF 1 Errata to complaint w/att exhs.

    4 -  1   12/20/04   PLF 1 Return of Service Executed on US Atty on 11/23/04.

    5 -  1   12/20/04   PLF 1 Return of Service Executed on US Atty Gen on 12/20/04.

    6 -  1   01/21/05   Stipulation for an extension of time until 2/10/05 to file answer.

    7 -  1   01/24/05   JWS Order granting  Stipulation for an extension of time until 2/10/05
                        to file answer (6-1).  cc: cnsl

    8 -  1   02/10/05   DEF 1-2 Answer to Complaint.

    9 -  1   02/11/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

   10 -  1   03/11/05   PLF 1; DEF 1-2 Scheduling & Planning Conference Report.

   11 -  1   03/31/05   JWS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 12/16/05; Dispositive motions deadline 01/16/06; Estimate of
                        trial 6 days; TBC. cc: cnsl
```