DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILLIAN J. OLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES AIR FORCE,<br><br>Defendant. | Case No. 3:04-cv-0268-JWS<br><br>STIPULATION FOR EXTENSION<br>OF TIME |

The parties, via undersigned counsel, stipulate and agree to extend the dates for the disclosure of expert reports, final witness lists, the close of discovery, and the filing of dispositive and discovery motions. The stipulated modified dates are as follows:

| | |
|---|---|
| June 9, 2006 | Expert Reports |
| June 23, 2006 | Final Witness Lists |
| July 7, 2006 | Close of Discovery |
| July 14, 2006 | Dispositive and Discovery motions |

1

Dated: 1/24/06

LAW OFFICE OF JODY A. REAUSAW

*[signature]*

JODY A. REAUSAW
Attorney for Plaintiff


DEBORAH M. SMITH
Acting United States Attorney

Dated: January 24, 2006

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov