IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILLIAN J. OLEMAN,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES AIR FORCE,<br><br>      Defendant. | Case No. 3:04-cv-0268-JWS<br><br>**[PROPOSED] ORDER** |

The parties' stipulation for extension of time is GRANTED. The modified dates are as follows:

| | |
|---|---|
| June 9, 2006 | Expert Reports |
| June 23, 2006 | Final Witness Lists |
| July 7, 2006 | Close of Discovery |
| July 14, 2006 | Dispositive and Discovery motions |

Date: _____

_____
John W. Sedwick
United States District Court Judge