IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILLIAN J. OLEMAN,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES AIR FORCE,<br><br>      Defendant. | Case No. 3:04-cv-0268-JWS<br><br>**ORDER** |

The parties' stipulation for extension of time is **GRANTED**. The modified dates are as follows:

        June 9, 2006        Expert Reports

        June 23, 2006       Final Witness Lists

        July  7, 2006        Close of Discovery

        July 14, 2006       Dispositive and Discovery motions

<u>January 26. 2006</u>              /s/
Date:                            John W. Sedwick
                                  United States District Court Judge