DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILLIAN J. OLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES AIR FORCE,<br><br>Defendant. | Case No. 3:04-cv-0268-JWS<br><br>STIPULATION FOR EXTENSION<br>OF TIME |

The parties, via undersigned counsel, stipulate and agree to extend the dates for the disclosure of expert reports, final witness lists, the close of discovery, and the filing of dispositive and discovery motions. Discovery in this case has been delayed, in part because of delays in getting complete records from the various healthcare providers and because Plaintiff has had additional injuries, surgery, and medical care in the course of this litigation, including her medical care and recovery from a motor vehicle accident earlier this year. This has required additional discovery regarding Plaintiff's medical records and health

care providers and has led to a delay in completing necessary discovery the scheduling of an independent medical examination of Plaintiff.

In addition, in the course of medical records' discovery, Defendant's counsel recently discovered that the medical expert that Defendant had retained as an expert consultant for this case had been a treating physician for the Plaintiff in connection with an unrelated motor vehicle accident in 1997. As a result, Defendant's counsel needs additional time to consult with another medical expert to review the voluminous medical records and to assist in the evaluation of Plaintiff's injuries and claims. Thus, the parties have stipulated to the following proposed modified dates:

| | |
|---|---|
| November 8, 2006 | Expert Reports |
| October 20, 2006 | Final Witness Lists |
| December 14, 2006 | Close of Discovery |
| December 28, 2006 | Dispositive and Discovery motions |

Dated: 7/14/06

LAW OFFICE OF JODY A. REAUSAW

*(signature)*
JODY A. REAUSAW
Attorney for Plaintiff

|  |  |
|---|---|
|  | DEBORAH M. SMITH<br>Acting United States Attorney |
| Dated: July 14, 2006 | s/Gary M. Guarino<br>Assistant U.S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-5071<br>Fax: (907) 271-2344<br>E-mail: gary.guarino@usdoj.gov |