IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILLIAN J. OLEMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES AIR FORCE,<br><br>    Defendant. | Case No. 3:04-cv-00268-JWS<br><br>**[PROPOSED] ORDER** |

The parties' stipulation for extension of time is **GRANTED**.  The modified dates are as follows:

| | |
|---|---|
| November 8, 2006 | Expert Reports |
| October 20, 2006 | Final Witness Lists |
| December 14, 2006 | Close of Discovery |
| December 28, 2006 | Dispositive and Discovery motions |

Date: _____

JOHN W. SEDWICK
United States District Court Judge