NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| LILLIAN J. OLEMAN, | Case No. 3:04-cv-00268-JWS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| UNITED STATES OF AMERICA, UNITED STATES AIR FORCE | |
| Defendant. | |

Plaintiff, Lillian J. Oleman, and Defendant, United States of America, United States Air Force hereby stipulate and agree that any and all of Plaintiff's claims in this action shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: 28 Nov. 06            *(signature)*
                               LILLIAN J. OLEMAN
                               Plaintiff

LAW OFFICE OF JODY A. REAUSAW

Dated: 11/28/06            *(signature)*
                               JODY A. REAUSAW
                               Attorney for Plaintiff

NELSON P. COHEN
United States Attorney

Dated: 11/29/06            *(signature)*
                               GARY M. GUARINO
                               Assistant U.S. Attorney
                               222 West 7th Ave., #9, Rm. 253
                               Anchorage, AK 99513-7567
                               Phone: (907) 271-5071
                               Fax: (907) 271-2344
                               E-mail: gary.guarino@usdoj.gov

Oleman v. USA
Case No. 3:04-cv-00268-JWS
Stipulation to Dismiss with Prejudice    2