IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILLIAN J. OLEMAN,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES AIR FORCE,<br><br>      Defendant. | Case No. 3:04-cv-00268-JWS<br><br>**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |

The Court, having considered the parties' Stipulation to Dismiss with Prejudice, hereby **ORDERS** that this action is dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.

Date: _____    _____
                                          JOHN W. SEDWICK
                                          United States District Court Judge