IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LILLIAN J. OLEMAN,<br><br>            Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br>UNITED STATES AIR FORCE,<br><br>            Defendant. | Case No. 3:04-cv-00268-JWS<br><br>**ORDER<br>TO DISMISS WITH<br>PREJUDICE** |

The Court, having considered the parties' Stipulation to Dismiss with Prejudice, hereby **ORDERS** that this action is dismissed with prejudice with each party to bear its own costs, expenses and attorney's fees.

DATED this 4th day of December 2006.


/s/  JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE